UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DRIMMER et. al.,<br><br>                Plaintiffs,<br>vs.<br><br>WD-40 COMPANY, a California Corporation,<br><br>                Defendant. | CASE NO. 06-CV-0900 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER STAYING ALL PRETRIAL AND TRIAL DATES (Doc. No. 58)** |

       On April 18, 2006 Plaintiffs James Drimmer et. al. ("Plaintiffs") filed this class action complaint against Defendant WD-40 Company ("Defendant") alleging negligence and violations of California business law. (Doc. No. 1.) On August 24, 2007 the Court denied Plaintiffs' motion to certify a class action. (Doc. No. 51.) On December 26, 2007 the Ninth Circuit granted permission for Plaintiffs to appeal the denial of class certification. (Doc. No. 52.) Pending before the Court is the parties' joint motion to stay all pretrial and trial dates pending the resolution of the appeal. (Doc. No. 58.) The Court decides the matter on the papers submitted and without oral argument. See S.D. Cal. Civ. R. 7.1(d.1).

///

///

///

1  Good cause showing, the Court **GRANTS** the parties' joint motion. All pre-trial
2  and trial dates are hereby stayed pending the Ninth Circuit's resolution of the appeal of
3  this Court's order denying class certification.

5  **IT IS SO ORDERED**.

8  DATED: January 30, 2008

10  Hon. Thomas J. Whelan
United States District Judge